✎AO 245D     (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of New York

FILED
IN CLERK'S OFFICE
DISTRICT COURT E D N Y

★ AUG 23 2011 ★
entd 8/26/11 clm
LONG ISLAND OFFICE

UNITED STATES OF AMERICA
v.
ARDEN MALONE

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No.  CR 08-00553 [LDW]     [AMENDED]

USM No. 18232-016

FRANK A. DODDATO, ESQ (CJA)
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) _____ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 21 USC 841(a)(1) | Possession with Intent to Distribute Cocaine Hydrochloride | 09/22/1994 |

The defendant is sentenced as provided in pages 2 through **2** of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 5788

Defendant's Year of Birth:     1965

City and State of Defendant's Residence:
UNDOMICILED

07/27/2011
Date of Imposition of Judgment

Signature of Judge

LEONARD D. WEXLER, SUSDJ
Name and Title of Judge

08/23/2011
Date

AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: ARDEN MALONE
CASE NUMBER: CR 08-00553 [LDW]   [AMENDED]

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

36 MONTHS TO RUN CONSECUTIVELY WITH CR 08-00322(S-1) - 140 MONTHS.

☐  The court makes the following recommendations to the Bureau of Prisons:

☑  The defendant is remanded to the custody of the United States Marshal.

☐  The defendant shall surrender to the United States Marshal for this district:

☐  at   _____  ☐ a.m.  ☐ p.m.   on   _____ .

☐  as notified by the United States Marshal.

☐  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐  before 2 p.m. on   _____ .

☐  as notified by the United States Marshal.

☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on   _____   to   _____

at   _____   with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By   _____
DEPUTY UNITED STATES MARSHAL